**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| STEPHANIE W. RUCKER, <br><br> Plaintiff, <br><br> v. <br><br> FIRST FINANCIAL ASSET MANAGEMENT, INC., <br><br> Defendant. | Case No. 2:19-cv-00027-RWS-JCF |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE STEPHANIE W. RUCKER ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 90 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 90 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 14th day of August 2019.

                                            s/ Nathan C. Volheim
                                            Nathan C. Volheim, #6302103
                                            Sulaiman Law Group, Ltd.
                                            2500 S. Highland Avenue, Suite 200
                                            Lombard, IL 60148
                                            (630) 575-8181
                                            nvolheim@sulaimanlaw.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                            s/ Nathan C. Volheim
                                            Nathan C. Volheim