# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| STEPHANIE W. RUCKER,<br><br>　　　Plaintiff,<br>v.<br><br>FIRST FINANCIAL ASSET MANAGEMENT, INC.,<br><br>　　　Defendant. | Case No.  2:19-cv-00027-RWS-JCF<br><br>Honorable Richard W. Story |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff STEPHANIE RUCKER, and the Defendant, FIRST FINANCIAL ASSET MANAGEMENT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against FIRST FINANCIAL ASSET MANAGEMENT, INC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 18, 2019　　　　　　　　　Respectfully Submitted,

**STEPHANIE RUCKER**　　　　　　　　　**FIRST FINANCIAL ASSET**
　　　　　　　　　　　　　　　　　　　　**MANAGEMENT, INC.**

/s/ Nathan C. Volheim　　　　　　　　　 /s/ Jonathan E. Green
Nathan C. Volheim　　　　　　　　　　　Jonathan E. Green
*Counsel for Plaintiff*　　　　　　　　　　*Counsel for Defendant*
Sulaiman Law Group, LTD　　　　　　　Baker, Donelson, Bearman,
　　　　　　　　　　　　　　　　　　　　Caldwell and Berkowitz, P.C.

| | |
|---|---|
| 2500 S. Highland Avenue, Suite 200 | 3414 Peachtree Road, N.E |
| Lombard, Illinois 60148 | Monarch Plaza, Suite 1600 |
| Phone: (630) 575-8181 | Atlanta, GA 30326 |
| Fax :(630) 575-8188 | Phone: (404) 577-6000 |
| nvolheim@sulaimanlaw.com | Fax: (404) 221-6501 |
| | jgreen@bakerdonelson.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim